

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-01011-CV

HOPE THERAPY, Appellant

V.

ST. ANTHONY'S HOSPITAL A/K/A LTHM HOUSTON-OPERATION, LLC D/B/A ST. ANTHONY'S HOSPITAL, INDIVIDUALLY, AS WELL AS JOINTLY AND SEVERALLY; AND JASON LEDAY A/K/A JASON DAMON LEDAY, INDIVIDUALLY AS WELL AS JOINTLY AND SEVERALLY; AND DERIC OUTLEY A/K/A DERIC DEMOND OUTLEY, INDIVIDUALLY, AS WELL AS JOINTLY AND SEVERALLY, AND VICTORIA MAE BABINEAUX A/K/A VICTORIA SHANEQUIA BABINEAUX, INDIVIDUALLY, AS WELL AS JOINTLY AND SEVERALLY, Appellees

Appeal from the 269th District Court of Harris County.  (Tr. Ct. No. 2012-74149).

This case is an appeal from the final judgment signed by the trial court on December 2, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Hope Therapy, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Brown.